UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RACHAEL DENHOLLANDER, et al.,

      Plaintiffs,                                                HON. GORDON J. QUIST

v.                                                                                        Lead Case No. 1:17-CV-29

MICHIGAN STATE UNIVERSITY, et al.,

      Defendants.
_____/

## ORDER FOR STATUS REPORT

**IT IS HEREBY ORDERED** that the parties file a joint status report by **November 13, 2020**, addressing the following issues:

(1) Whether each Plaintiff in the "First Wave" and "Second Wave" has settled and/or dismissed the claims against the MSU Defendants.

(2) Whether the MSU Defendants' motion to strike (ECF No. 1258), the MSU Defendants' motion to dismiss (ECF No. 1193), Plaintiffs' motions to amend (ECF Nos. 1221, 1226, 1244, 1246, and 1262), and Plaintiffs' motion to supplement (ECF No. 1419), are now moot.

(3) The majority of the Plaintiffs sued Lawrence Gerard Nassar. In many of these cases, the Clerk has entered Default under Fed. R. Civ. P. 55(a). Plaintiffs shall address—either jointly or individually—how they intend to proceed, if at all, on the claims against Nassar.

(4) The claims against Twistars USA, Inc., the Gedderts, and the United States Olympic Committee (and any other non-MSU Defendant) have been stayed based on an order of the United States Bankruptcy Court for the Southern District of Indiana. This Court anticipates that the bankruptcy proceeding will resolve the claims against these Defendants. The parties shall update the status of the bankruptcy proceeding. If the claims against these Defendants are the only claims that are pending, the Court intends to administratively close those cases.

(5) Any other issue that the Court should be aware of.

Dated: October 22, 2020                                          /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE